IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| PBM PRODUCTS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MEAD JOHNSON NUTRITION COMPANY, ) | Civil Action No. 3:09cv269 (JRS) |
| ) | |
| Defendant, ) | |
| ) | |
| and MEAD JOHNSON & COMPANY, ) | |
| ) | |
| Defendant and ) | |
| Counterclaim plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| PBM PRODUCTS, LLC and PAUL MANNING, ) | |
| ) | |
| Counterclaim ) | |
| defendants. ) | |
| ) | |
| ) | |

**MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF DR. DHAR**

Counterclaim defendant PBM Products, LLC respectfully submits this motion, pursuant

to Rule 702 of the Federal Rules of Evidence and Daubert v. Merrell Dow Pharmaceuticals, Inc.,

509 U.S. 579 (1993), to exclude the testimony of Dr. Ravi Dhar, who has been offered by

counterclaim plaintiff Mead Johnson & Company as an expert on consumer surveys.

Mead Johnson's counterclaims allege that the product packaging for PBM's formulas

contain false statements in violation of Section 43(a) of the Lanham Act, 15 U.S.C.

§ 1125(a)(1)(B).  Mead Johnson seeks to rely on two surveys conducted by Dr. Dhar to show

that PBM's product packaging contains implied false claims.  Both surveys are so fraught with

- 2 -

methodological and analytical flaws that they fail to meet the threshold for expert evidence, do

not fit the issues of the case and, in any event, whatever probative value they might have is far

outweighed by their potential to prejudice the finder of fact.

The arguments in support of PBM's Motion are more fully set forth in its Memorandum

in Support, filed this day under seal with the Court.

Respectfully submitted,

September 23, 2009

_____/s/ Robert F. Redmond, Jr._____
Robert F. Redmond, Jr., Esq. (VSB No. 32292)
rredmond@williamsmullen.com
Ryan F. Furgurson, Esq. (VSB No. 72133)
rfurgurson@williamsmullen.com
WILLIAMS MULLEN
Two James Center
1021 East Cary Street
P. O. Box 1320
Richmond, VA  23218-1320
Telephone:  (804) 783-6439
Facsimile:  (804) 783-6507

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Edward Everett Bagnell, Jr
> Email: ebagnell@spottsfain.com
> Hugh McCoy Fain, III
> Email: hfain@spottsfain.com
> Spotts Fain PC
> 411 E Franklin St
> PO Box 1555
> Richmond, VA 23218-1555

I further certify that I will mail a copy of the foregoing via first class mail to the following non e-filing users:

> Behnam Dayanim, Esq.
> Paul Hastings
> 875 15th Street, N.W.
> Washington, DC 20005

>    /s/ Robert F. Redmond, Jr.          
> Robert F. Redmond, Jr., Esq.
> rredmond@williamsmullen.com
> Ryan F. Furgurson, Esq.
> rfurgurson@williamsmullen.com
> WILLIAMS MULLEN
> Two James Center
> 1021 East Cary Street
> P. O. Box 1320
> Richmond, VA 23218-1320
> Telephone: (804) 783-6439
> Facsimile: (804) 783-6507