IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| PBM PRODUCTS, LLC and<br>PBM NUTRITIONALS, LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MEAD JOHNSON & COMPANY,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:09cv269 (JRS)<br><br><br>**<u>JURY VERDICT SHEET</u>** |

JAMES R. SPENCER, Chief District Judge:

According to the principles of law as charged by the Court and the facts as you find them, please answer the following questions:

1. **<u>PBM's Claim That Mead Johnson Violated The Lanham Act</u>**

    Has PBM established, by a preponderance of the evidence, that Mead Johnson engaged in false advertising in violation the Lanham Act?

    Yes __✓__   No _____

**If you answered "Yes" to Question 1, please proceed to Question 2. If you answered "No" to the Question 1, please stop.

2. **PBM's Monetary Damages**

   Specify a dollar amount, if any, to be awarded to PBM to compensate it either for: (a) PBM's past and/or future lost profits; or (b) Mead Johnson's unjust enrichment.

   $ 13,500,000.00

Dated: November 10, 2009
       Richmond, Virginia