IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| PBM PRODUCTS, LLC, and <br> PBM NUTRITIONALS LLC, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | |
| MEAD JOHNSON & COMPANY, | ) <br> ) | Civil Action No. 3:09cv269 (JRS) |
| Defendant and <br> Counterclaim plaintiff, | ) <br> ) <br> ) | |

**JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE**

PBM Products, LLC and PBM Nutritionals LLC ("PBM") and Mead Johnson & Company ("Mead Johnson"), by their attorneys, and pursuant to Local Rule 7, file this Joint Motion for entry of a briefing schedule for pending post-trial motions.

1. On December 1, 2009, this Court entered an Order granting PBM's request for injunctive relief on its Lanham Act claim. (Docket No. 226)

2. On December 9, 2009, Mead Johnson filed a Motion to Amend Order Granting Injunction. (Docket No. 227)

3. On December 10, 2009, PBM filed a Motion for enhanced damages, attorneys' fees, and modification of the injunction issued by this Court on December 1, 2009. (Docket No.229).

4. In light of the upcoming holidays and other scheduling issues, the parties have agreed to a revised briefing schedule for all pending motions. (Attached hereto as Exhibit A)

1

5.      The proposed briefing schedule allows both parties ample time to brief the issues raised in the pending motions.  The Court has not yet set a hearing on these motions, so the briefing schedule will not alter any other deadlines or schedules in this case.

WHEREFORE, the parties request that this Court enter the attached briefing schedule to govern the pending motions.

Respectfully submitted,

| MEAD JOHNSON & COMPANY | PBM PRODUCTS, LLC and PAUL MANNING |
|---|---|
| By: _/s/ Edward Everett Bagnell, Jr._ | By: _/s/ Robert F. Redmond, Jr._ |
| Edward Everett Bagnell, Jr<br>Email: ebagnell@spottsfain.com<br>Hugh McCoy Fain, III<br>Email: hfain@spottsfain.com<br>Spotts Fain PC<br>411 E Franklin St<br>PO Box 1555<br>Richmond, VA 23218-1555<br>(804) 697-2000<br>Fax: (804) 697-2177 | Robert F. Redmond, Jr. (VSB No. 32292)<br>rredmond@williamsmullen.com<br>Ryan F. Furgurson (VSB No. 72133)<br>rfurgurson@williamsmullen.com<br>Williams Mullen A Professional Corporation<br>Two James Center<br>1021 East Cary Street<br>P. O. Box 1320<br>Richmond, VA  23218-1320<br>Tel:   804.783.6490<br>Fax:  804.783.6507 |