IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| PBM PRODUCTS, LLC, and <br> PBM NUTRITIONALS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MEAD JOHNSON & COMPANY, <br><br> Defendant and <br> Counterclaim plaintiff, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )      Civil Action No. 3:09cv269 (JRS) <br> ) <br> ) <br> ) |

## AGREED ORDER ESTABLISHING BRIEFING SCHEDULE

This matter is before the Court on the Joint Motion to Establish Briefing Schedule of Plaintiff PBM Products, LLC and PBM Nutritionals LLC ("PBM") and Defendant and Counter-claim Plaintiff Mead Johnson & Company ("Mead Johnson"), pursuant to Local Rule 7. Upon the agreement of counsel, and it appearing appropriate to do so, it is hereby ordered that:

1. PBM shall file its reply in opposition to Mead Johnson's Motion to Amend Order Granting Injunction on or before January 5, 2010. Mead Johnson shall file its rebuttal brief in support of the motion on or before January 14, 2010.

2. Mead Johnson shall file its reply in opposition to PBM's Motion for enhanced damages, attorneys' fees, and modification of injunction on or before January 5, 2010. PBM shall file its rebuttal brief in support of the motion on or before January 14, 2010.

The Clerk is REQUESTED to send a copy of this Order to all counsel of record.

It is so ORDERED.


ENTERED: _____                    _____
                                                    United States District Judge


WE ASK FOR THIS:


MEAD JOHNSON & COMPANY                 PBM PRODUCTS, LLC and
                                       PAUL MANNING


By:  /s/ Edward Everett Bagnell, Jr.          By:  /s/ Robert F. Redmond, Jr.

Edward Everett Bagnell, Jr                    Robert F. Redmond, Jr. (VSB No. 32292)
Email: ebagnell@spottsfain.com                Ryan F. Furgurson (VSB No. 72133)
Hugh McCoy Fain, III                          Williams Mullen A Professional Corporation
Email: hfain@spottsfain.com                   Two James Center
Spotts Fain PC                                1021 East Cary Street
411 E Franklin St                             P. O. Box 1320
PO Box 1555                                   Richmond, VA  23218-1320
Richmond, VA 23218-1555                       Tel:   804.783.6490
(804) 697-2000                                Fax:  804.783.6507
Fax: (804) 697-2177                           rredmond@williamsmullen.com
                                              rfurgurson@williamsmullen.com

2