IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

PBM PRODUCTS, LLC and PBM
NUTRITIONALS, LLC

                             Plaintiff,

v.

MEAD JOHNSON & COMPANY,

                             Defendant.

Action No. 3:09–CV–269

## ORDER

THIS MATTER is before the Court on PBM's Motion for Judgment as a Matter of Law, which seeks to dismiss Mead Johnson's Lanham Act counterclaim based on the "compare to" language on PBM's baby formula labels. The Motion was made orally to the Court on November 9, 2009. For the reasons stated in the accompanying memorandum, PBM's Motion is GRANTED.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                                    /s/
                                       James R. Spencer
                                       Chief United States District Judge

ENTERED this __1st__ day of March 2010